# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,   CASE NO. 3:09CR477

    Plaintiff,

- vs -

    **ORDER**

Travis D. Brown,

    Defendant.

This matter was heard on May 2, 2016, upon the request of the probation office for a finding that the defendant had violated conditions of his supervised release. The defendant was represented by counsel.  The defendant admitted to violations 3 and 4 contained in the report and was found to have been in violation by the Court. The Court revoked supervision as unsuccessful and imposed the following sentence:

1. The defendant is sentenced to a term of 24 months custody of the Bureau of Prisons.
2. Supervised release for a term of one year with all previous conditions of supervision to remain in place.
3. The defendant shall have no contact with Andreia Carr either directly or indirectly including someone speaking on defendant's behalf.

SO ORDERED.

    s/ James G. Carr
    Sr. United States District Judge